Decided May 29, 1997

### NEW MILFORD SAVINGS BANK *v.* MAURICE J. JAJER ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 44 Conn. App. 588 (AC 14888), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court lacked jurisdiction to open the judgment of foreclosure based on General Statutes §§ 49-15 and 49-1?"

The Supreme Court docket number is SC 15695.

*Kenneth J. Bartschi* and *Wesley W. Horton,* in support of the petition.

*Seth Jacoby,* in opposition.

Decided May 29, 1997